## Commonwealth *v.* Washington, Appellant.

Before MARSHALL, J., without a jury.

Sub-

mitted March 28, 1974. *Raymond J. Quaglia,* for appellant; *David Richman, Benjamin H. Levintow, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.